CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE LTD.

                Plaintiff,

                08 CV _____

    v.

**RULE 7.1 STATEMENT**

GRM RESOURCES PTD LTD. and APEX ENERGY
RESOURCES LIMITED,

                Defendants.
------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff PCL (SHIPPING) PTE LTD., certifies that there are no parent or subsidiary companies which are publicly held in the United States.

Dated: Port Washington, New York
       May 19, 2008

                CHALOS, O'CONNOR & DUFFY, LLP
                Attorneys for Plaintiff

       By:
                _____
                Eugene J. O'Connor (EO-9925)
                Timothy Semenoro (TS-6847)
                366 Main Street
                Port Washington, New York 11050
                Tel: (516) 767-3600 / Fax: (516) 767-3605

RECEIVED MAY 19 2008 U.S.D.C. S.D.N.Y. CASHIERS