CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08

RECEIVED
CHAMBERS OF
MAY 21 2008
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE LTD.,

          Plaintiff,

    v.

GRM RESOURCES PTE LTD. and APEX ENERGY
RESOURCES LIMITED.

          Defendant.
------------------------------------------------------------X

08 CV 4689 (SAS)

**NOTICE OF VOLUNTARY
DISMISSAL AND ORDER**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendants pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

Dated: Port Washington, New York
       May 21, 2008

                        CHALOS, O'CONNOR & DUFFY
                        Attorneys for Plaintiff

       By:      _____
                        Eugene J. O'Connor (EO-9925)
                        Timothy Semenoro (TS-6847)
                        366 Main Street
                        Port Washington, New York 11050
                        Tel: 516-767-3600 / Fax: 516-767-3605

SO ORDERED:

_____   5/21/08
Hon. Shira A. Scheindlin, U.S.D.J.